No. 4912.—Domínguez Rubio, apldo., *v.* Bisbal et al., apltes.—C. D. Guayama. Marzo 12, 1929.

Vista la moción que antecede para que desestimemos la presente apelación, la certificación acompañada a la misma y la oposición por parte de los apelantes, y apareciendo que el escrito de apelación fué radicado fuera de tiempo en la secretaría de la corte de distrito, no siendo de aplicación el artículo 322 del Código de Enjuiciamiento Civil citado por los apelantes y sí el artículo 295 de dicho código, según fué enmendado por la sección 2 de una ley aprobada el 9 de marzo de 1911, sección 5339 de la compilación de dicho año, se declara con lugar la moción y en su consecuencia se deses-

tima la apelación interpuesta contra la sentencia dictada por la Corte de Distrito de Guayama en enero 16, 1929, en el caso de epígrafe.